UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE ROUSER, et al.,

      Plaintiff,                          Case No. 24-cv-12759
                                           Hon. Matthew F. Leitman
vs.

CITY OF NOVI, et al.,

      Defendants.
_____/
LAW OFFICES OF ARLENE F. WOODS, PC
Arlene F. Woods
Attorney for Plaintiffs
2000 Town Center, Ste. 1900
Southfield, Michigan 48075
(248) 328-4291
arleneP40039@aol.com
P 40039


| CUMMINGS, MCCLOREY, DAVIS & ACHO | GARAN LUCOW |
|---|---|
| Timothy S. Ferrand | John J. Gillooly |
| Attorney for Defendants City of Novi and City of Novi Police | Attorney for City of Romulus and City of Romulus Police |
| 19176 Hall Road, Ste. 205 | 1155 Brewery Park Blvd., Ste 200 |
| Clinton Township, MI 48038 | Detroit, Michigan 48207 |
| (586) 228-5600 | (313) 446-5501 |
| tferrand@cmda-law.com | jgillooly@garanlucow.com |

_____/

## **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COST**

      This matter having come before the Court on Stipulation of the parties by their respective counsel; and Court being duly advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is dismissed with prejudice and without further cost or expense to any party.

> s/Matthew F. Leitman
> MATTHEW F. LEITMAN
> UNITED STATES DISTRICT JUDGE

Dated: April 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2025, by electronic means and/or ordinary mail.

> s/Holly A. Ryan
> Case Manager
> (313) 234-5126